Form NTCREDOC (05/19)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Brittnay Marie Wix**<br>11710 Brookridge Drive<br>Allendale, MI 49401<br>SSN: xxx–xx–7290<br>**David Wesley Wix**<br>11710 Brookridge Drive<br>Allendale, MI 49401<br>SSN: xxx–xx–7108<br><br>**Debtors** | **Case Number 19–00182–jwb**<br><br>**Chapter 13**<br><br>**Honorable James W. Boyd** |

## NOTICE REGARDING FILED DOCUMENT

You are hereby notified that the court acknowledges the filing of Application for Compensation (Document # 65) on 8/25/2021 in the above–referenced case. See LBR 5005–2(e).

**Please note the following:**

Please note that the Notice & Opportunity incorrectly lists Marquette as an option to send mailings.Pursuant to Administrative Order 2019–7, all bankruptcy filings and payments for cases with venue in the Upper Peninsula must be mailed to the Bankruptcy Court in Grand Rapids, MI.

PLEASE TAKE NOTICE that if the errors or deficiencies noted above are not promptly corrected or otherwise addressed, the Clerk may bring the issue to the attention of the assigned judge for appropriate action, which may include holding a hearing, denying the relief requested in the document, or other disposition.

If you have any questions, please contact the ECF Helpdesk by emailing ecfhelpdeskmiwb@miwb.uscourts.gov, calling (616) 456–2693 or by using online chat via www.miwb.uscourts.gov.



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** August 26, 2021

/S/_____
H. Burse
Deputy Clerk

---

[1] *Aliases for Debtor Brittnay Marie Wix : fka Brittnay Marie Stewart*
[2] *Aliases for Joint Debtor David Wesley Wix : aka Wesley Wix*